IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0:05-40010 |
| Plaintiff, | ) ) | **MINUTES OF COURT** |
| vs. | ) ) | DATE: 6/28/06 |
| JAMES NEAL EVANS, | ) ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT,  DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds        COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

This matter is before the court for purposes of case management and calendar control.

The Court being in a jury trial, hereby ORDERS this matter STRICKEN from the 6/29/06 docket.

It is further ORDERED that this matter is reset for disposition on 7/11/2006 at 10:30 a.m. in Benton, IL.


NORBERT G. JAWORSKI, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk